FILED '07 APR 09 13:27 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD J. SEIFERT,               )
                                 )
                Plaintiff,       )
                                 )  Civil No. 06-128-TC
        v.                       )
                                 )  ORDER
MICHAEL J. ASTRUE,               )
                                 )
                Defendant.       )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and
Recommendation on March 23, 2007.  The matter is now before me.
See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).   No
objections have been timely filed.   This relieves me of my
obligation to give the factual findings de novo review.  Lorin
Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).
See also Britt v. Simi Valley Unified School Dist., 708 F.2d
452, 454 (9th Cir. 1983).  Having reviewed the legal principles
de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Plaintiff's motion to remand is granted in part to obtain an MRFC from Dr. Burns and to consider Seifert's borderline intellectual functioning, reading abilities, and other cognitive difficulties at step 2. The ALJ will reconsider the RFC calculation, and include any necessary additional limitations, and obtain any necessary VE testimony addressing Seifert's ability to perform other work in the national economy. The remand is made pursuant to sentence four of 42 U.S.C. §405(g).

IT IS SO ORDERED.

DATED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER