IN THE UNITED STATES DISTRICT COURT

FOR THE
DISTRICT OF OREGON

| RONALD SEIFERT, | Civil No. 3:06-CV-128-TC |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $8,668.99, pursuant to 28 U.S.C. § 2412, shall be awarded to Plaintiff's counsel, Tim Wilborn and that the check be forwarded to: Wilborn Law Office, P.C., 19093 S. Beavercreek Road, PMB #314, Oregon City, Oregon 97045.

DATED this 6 day of Nov, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
(206) 615-3748
Of Attorneys for Defendant

Page 1      ORDER - [3:06-CV-128-TC]